consider issues raised in the amicus brief filed by the Equal Employment Opportunity Commission, an interested nonparty which was not involved in the proceedings below.  See Continental Ins. Co. v. Northeastern Pharmaceutical & Chemical Co., 842 F.2d 977, 984-85 (8th Cir.), cert. denied, 488 U.S. 821 (1988); Preservation Coalition, Inc. v. Pierce, 667 F.2d 851, 861-62 (9th Cir. 1982).  Although the amicus invites us to reach the question of individual supervisory liability under Title VII, we are unwilling to consider a significant employment law issue given Carter's apparent failure properly to serve her employer and one of her individual supervisors.  We thus leave this circuit's "not yet addressed" issue for another day.  See Carter, 879 F. Supp. at 95.  We dismiss Carter's appeal. See 8th Cir. R. 47B.

   A true copy.

      Attest:

         CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-